# UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF  ILLINOIS
EASTERN DIVISION

In re:  DONALD L. MRSKOS, SR. and     §   Case No. 09-26445
        MARLENE H. MRSKOS             §            Hon. EUGENE R. WEDOFF
                                      §
                                      §
        Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/29/2014 in Courtroom 744, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/28/2014        By: Clerk U. S. Bankruptcy Court
                                    (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St.
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re: DONALD L. MRSKOS, SR. and MARLENE H. MRSKOS § § § §  Case No. 09-26445
Hon. EUGENE R. WEDOFF
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $15,000.00
*and approved disbursements of* $0.00
*leaving a balance on hand of* [1] $15,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $15,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $2,250.00 | $0.00 | $2,250.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $8.76 | $0.00 | $8.76 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $3,600.00 | $0.00 | $3,600.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* <u>*U.S. Bankruptcy Court*</u> | |
| *Fees,* <u>*United States Trustee*</u> | |
| Other | |
| Total to be paid for chapter 7 administrative expenses: | $5,858.76 |
| Remaining balance: | $9,141.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for                , Fees* | | | |
| *Attorney for                , Expenses* | | | |
| *Accountant for                , Fees* | | | |
| *Accountant for                , Expenses* | | | |
| Other | | | |
| Total to be paid for prior chapter administrative expenses: | | | $0.00 |
| Remaining balance: | | | $9,141.24 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |  |
|---|---|---|
| | Total to be paid for priority claims: | $0.00 |
| | Remaining balance: | $9,141.24 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling  $48,711.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  18.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | $12,948.85 | $0.00 | $2,429.98 |
| 2 | American Express Centurion Bank | $762.82 | $0.00 | $143.15 |
| 3 | Garth Angel | $35,000.00 | $0.00 | $6,568.11 |

|  |  |  |
|---|---|---|
| | Total to be paid for timely general unsecured claims: | $9,141.24 |
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling  $11,854.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Chase Bank NA | $11,854.79 | $0.00 | $0.00 |

|  |  |  |
|---|---|---|
| | Total to be paid for tardily filed general unsecured claims: | $0.00 |
| | Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be ____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St. - Suite 902
Chicago, IL 60603

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Donald L Mrskos, Sr.  
Marlene H Mrskos  
       Debtors

Case No. 09-26445-ERW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: adragonet      Page 1 of 1      Date Rcvd: Mar 27, 2014  
                    Form ID: pdf006      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2014.

```
db/jdb      +Donald L Mrskos, Sr.,   Marlene H Mrskos,   9222 S. Mozart Avenue,
              Evergreen Park, IL 60805-1711
14190567    +Aegis,   PO Box 165839,   Irving, TX 75016-5839
20794817     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14190568    +Amex,   Box 0001,   Los Angeles, CA 90096-8000
14190569    +BAC Home Loan Servicing LP,   7105 Corporate Drive,   Plano, TX 75024-4100
14190570    +Chase,   PO Box 9001020,   Louisville, KY 40290-1020
14190571    +Chase BP,   PO Box 15298,   Wilmington, DE 19850-5298
20986397    +Chase Bank USA, N.A.,   Michael Rusin,   600 Business Center Dr.,   Heathrow, FL 32746-5583
14190572    +Chase Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
14190573    +Citibank,   Box 6000,   The Lakes, NV 89163-0001
14190574    +First Mutual Bank,   PO Box 1647,   Bellevue, WA 98009-1647
14190576    +GC Services,   6330 Gulfton,   Houston, TX 77081-1198
14190575    +Garth Angel,   c/o InnovaLaw, PC,   1900 Ravinia Place,   Orland Park, IL 60462-3760
14190577    +HSBC Carsons,   PO Box 15521,   Wilmington, DE 19850-5521
20860977    +Nationstar Mortgage, LLC,   c/o Larson & Associates, P.C.,   230 W. Monroe Suite 2220,
              Chicago, IL 60606-4902
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14190578    +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2014 01:33:17    JC Penney,   PO Box 960001,
              Orlando, FL 32896-0001
                                                                                           TOTAL: 1
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
20794818*     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2014            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2014 at the address(es) listed below:

      Allan J DeMars    alland1023@aol.com  
      Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com  
      Casey B Hicks    on behalf of Creditor   Nationstar Mortgage, LLC cbhicks@lnlaw.com, ecfnil@weltman.com  
      Joseph M Mcgovern    on behalf of Debtor Donald L Mrskos, Sr. josmcgovern@yahoo.com  
      Joseph M Mcgovern    on behalf of Joint Debtor Marlene H Mrskos josmcgovern@yahoo.com  
      Nathan B Grzegorek    on behalf of Creditor   Nationstar Mortgage, LLC ngrzegorek@lnlaw.com  
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
                                                              TOTAL: 7