# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: DONALD L. MRSKOS, SR. and MARLENE H. MRSKOS § § § § Case No. 09-26445
Hon. EUGENE R. WEDOFF
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $183,500.00 | Assets Exempt: | $41,200.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $9,141.24 | Claims Discharged Without Payment: | $325,557.22 |
| Total Expenses of Administration: | $5,858.76 | | |

3) Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $254,714.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,858.76 | $5,858.76 | $5,858.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $58,656.00 | $60,566.46 | $60,566.46 | $9,141.24 |
| **TOTAL DISBURSEMENTS** | $313,370.00 | $66,425.22 | $66,425.22 | $15,000.00 |

4) This case was originally filed under chapter 7 on 07/29/2009. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/06/2014                    By: /s/ ALLAN J. DeMARS
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| payment for abandonment of real estate | 1290-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mtge successor to Bank of America | 4110-000 | $233,400.00 | $0.00 | $0.00 | $0.00 |
| | First Mutual Bank | 4110-000 | $21,314.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$254,714.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN J. DeMARS | 2100-000 | N/A | $2,250.00 | $2,250.00 | $2,250.00 |
| ALLAN J. DeMARS | 2200-000 | N/A | $8.76 | $8.76 | $8.76 |
| ALLAN J. DeMARS | 3110-000 | N/A | $3,600.00 | $3,600.00 | $3,600.00 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,858.76 | $5,858.76 | $5,858.76 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-900 | $12,948.00 | $12,948.85 | $12,948.85 | $2,429.98 |
| 2 | American Express Centurion Bank | 7100-900 | $762.00 | $762.82 | $762.82 | $143.15 |
| 3 | Garth Angel | 7100-000 | $14,000.00 | $35,000.00 | $35,000.00 | $6,568.11 |
| 5 | Chase Bank | 7100-900 | $11,528.00 | $11,854.79 | $11,854.79 | $0.00 |
| | Chase | 7100-900 | $4,411.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-900 | $153.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Chase | 7100-900 | $4,577.00 | $0.00 | $0.00 | $0.00 |
| Citibank | 7100-900 | $10,014.00 | $0.00 | $0.00 | $0.00 |
| HSBC Carsons | 7100-900 | $138.00 | $0.00 | $0.00 | $0.00 |
| JC Penney | 7100-900 | $125.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $58,656.00 | $60,566.46 | $60,566.46 | $9,141.24 |

**EXHIBIT 8 FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.  09-26445

Case Name: DONALD L. MRSKOS, SR. and MARLENE H. MRSKOS
For Period Ending: 3/31/14

Trustee Name:  Allan J. DeMars
Date Filed (f) or Converted (c): 7/22/09 (F)
reopened: 4/26/13
§341(a) Meeting Date: 8/26/09

Claims Bar Date:  8/12/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 9222 S. Mozart, Chicago | 225,000.00 | 15,000.00 | | 15,000.00 | FA |
| 2 | checking accts at Fifth Third Bank | 700.00 | 0.00 | | | FA |
| 3 | household furnishings | 2,000.00 | 0.00 | | | FA |
| 4 | collectibles | 500.00 | 0.00 | | | FA |
| 5 | 2004 Mercury Grand Marquis | 8,000.00 | 0.00 | | | FA |
| 6 | 2000 Chevy Lumina | 1,000.00 | 0.00 | | | FA |
| 7 | 1985 Lincoln Continental | 2,500.00 | 0.00 | | | FA |
| 8 | social security benefits | unknown | 0.00 | | | FA |

TOTALS (Excluding unknown values)                    15,000.00              15,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing: TFR HAS BEEN FILED.  ORIGINAL NDR WAS FILED ON 7/22/09.  CASE WAS REOPENED ON MOTION OF NATIONSTAR MORTGAGE ON 4/17/13 THE 15,000 REFERRED TO AS REFERENCE 1 WAS PAID BY NATIONSTAR, TO THE ESTATE, ALONG WITH A WITHDRAWAL OF ITS CLAIMS, IN CONSIDERATION OF THE ESTATE'S ABANDONMENT OF THE REAL ESTATE.

Initial Projected Date of Final Report (TFR):                            Current Projected Date of Final Report (TFR): filed 3/24/14

EXHIBIT A @ FORM 2

## CASH RECEIPTS AND DISBURSEMENT RECORDS

| Case No.: | 09-26445 | Trustee's Name: | Allan J. DeMars |
| --- | --- | --- | --- |
| Case Name: | DONALD L. MRSKOS, SR. and MARLENE H. MROSKOS | Bank Name: | WELLS FARGO |
| Taxpayer ID#: | XX-XXX8195 | Initial CD #: | CDI |
| For Period Ending: | 3/31/15 | Blanket bond (per case limit): | 5,000,000 |
| | | Separate bond (if applicable): | |
| | | Checking acct#: | xxxxxx9358 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 3/1/14 | Ref 9 | Nationstar Mtge (clients fund account of Larson & Associates) | compel trustee to abandon real estate | 1290-000**** SEE NOTE ON FORM 1 EXPLAINING CODE # BEING USED | 15,000.00 | | 15,000.00 |
| 4/29/14 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 2,250.00 | 12,750.00 |
| 4/29/14 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 8.76 | 12,741.24 |
| 4/29/14 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,600.00 | 9,141.24 |
| 4/29/14 | Check 1004 | American Express Centurion Bank | 726(a)(3);18.76601% | 7100-900 | | 2,429.98 | 6,711.26 |
| 4/29/14 | Check 1005 | American Express Centurion Bank | 726(a)(3);18.76601% | 7100-900 | | 143.15 | 6,568.11 |
| 4/29/14 | Check 1006 | Garth Angel | 726(a)(3);18.76601% | 7100-000 | | 6,568.11 | 0.00 |
| | | | | COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| | | | | Less: Bank transfers/CD | | | |
| | | | | Less: Payments to debtor(s) | | | |
| | | | | Net | 15,000.00 | 15,000.00 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCES |
| --- | --- | --- | --- |
| Checking# xxxxxx9358 | 15,000.00 | 15,000.00 | 0.00 |
| Net | 15,000.00 | 15,000.00 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |